IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LAWRENCE MARTIN**
**ADC #106491** **PLAINTIFF**

**v.** **No. 4:26-cv-261-DPM**

**TODD BALL** **DEFENDANT**

# ORDER

**1.** On *de novo* review, the Court adopts Magistrate Judge Kearney's recommendation, *Doc. 51*, and overrules Martin's objections, *Doc. 52 & 53*. Fed. R. Civ. P. 72(b)(3). Martin is a three-striker. And he did not allege a plausible ongoing threat of serious physical injury. 28 U.S.C. § 1915(g). As Magistrate Judge Kearney concluded, Martin's core allegation of a multi-year murder-for-hire conspiracy against him is fanciful. *Denton v. Hernandez*, 504 U.S. 25, 32–33 (1992). His motion to proceed *in forma pauperis*, *Doc. 1*, and his pre-judgment motion to appeal *in forma pauperis*, *Doc. 54*, are denied. His other pending motions, *Doc. 10, 16, 23, 25, 29, 34, 39, 40, 41, 42, 43, 44, 45, & 46*, are denied as moot. His complaint will be dismissed without prejudice.

**2.** If Martin wants to pursue this case, then he must pay $405 (the filing and administrative fees) and file a motion to reopen this case by 4 December 2026.

So Ordered.

D.P. Marshall Jr. (signature)

D.P. Marshall Jr.
United States District Judge

28 October 2026