IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LAWRENCE MARTIN
ADC #106491 PLAINTIFF

v. No. 4:26-cv-261-DPM

TODD BALL DEFENDANT

# JUDGMENT

Martin's complaint is dismissed without prejudice.

D.P. Marshall Jr.
D.P. Marshall Jr.
United States District Judge

28 October 2026